83,296-01
02

COURTHOUSE
200 SOUTH BROADWAY, SUITE 212
BROWNWOOD, TEXAS 76801

JENNIFER AARON
COURT COORDINATOR
jennifer.aaron@browncountytx.org

SHEENA CANTWELL
ASST. COURT COORDINATOR
sheena.cantwell@browncountytx.org



**STEPHEN ELLIS**
JUDGE PRESIDING
35TH JUDICIAL DISTRICT COURT OF TEXAS
BROWN AND MILLS COUNTIES

TELEPHONE: (325) 646-1987
FAX: (325) 643-6396

CRISTI ESCOBAR
OFFICIAL COURT REPORTER
TELEPHONE: (325) 646-4057
cristi.escobar@hotmail.com

October 7, 2015

Court of Criminal Appeals
P.O. Box 12308
Capital Station
Austin, TX 78711

RE:    Court of Criminal Appeals Nos. WR-83,296-01 & WR-83,296-02
       Trial Court Cause Nos. CR21310-B & CR21461-B

To Whom It May Concern:

Enclosed please find a file-marked copy of Judge Ellis' Motion for Extension of Time to File
Findings of Fact and Conclusions of Law in the above referenced causes.

Sincerely,

Jennifer Aaron
Court Coordinator
35th Judicial District Court
Brown and Mills Counties

cc:    Cheryl Jones, Brown County District Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 13 2015

Abel Acosta, Clerk



FILED
At 9:00 O'clock A M
OCT 07 2015
District Clerk, Brown County, Texas
By _____ Deputy

| | | |
|---|---|---|
| EX PARTE | ' | IN THE DISTRICT COURT |
| | ' | |
| | ' | OF BROWN COUNTY, TEXAS |
| | ' | |
| IVAN G. LOPEZ | ' | 35TH JUDICIAL DISTRICT |

## TRIAL COURT'S MOTION FOR EXTENSION OF TIME TO FILE FINDINGS OF FACT AND CONCLUSIONS OF LAW

Now comes the trial court in the above referenced causes and files this Motion for Extension of Time to File Findings of Fact and Conclusions of Law, and for grounds, would show the following:

The trial court has been reviewing the record in this case in order to make its findings of fact and conclusions of law pursuant to the order of the Court of Criminal Appeals of Texas. The trial court has conducted an evidentiary hearing on this matter and recently received the court reporter record of the testimony at the hearing. The trial court will not be able to complete the findings of fact and conclusions of law within the deadline currently set by the Court of Criminal Appeals due to a heavy trial schedule involving numerous criminal and civil cases. No more than an additional 30 days is needed to complete this matter and forward the findings of fact and conclusions of law to the Court of Criminal Appeals along with the transcript of the proceedings and other related matters.

Signed on this the ___ day of October, 2015.

STEPHEN ELLIS
Judge Presiding
35th Judicial District Court